UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALIREZA YOUSEFI FARD,<br><br>                           Plaintiff,<br><br>              v.<br><br>ALEJANDRO MAYORKAS, et al.,<br><br>                         Defendants. | 23-CV-9391 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

    This case has been assigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-dale-e-ho.

    Additionally, by **January 5, 2024**, the Plaintiff is hereby ORDERED to file on ECF a memorandum of law in support of his request for a writ of mandamus. The memorandum shall not exceed fifteen pages. The Government shall, by **January 26, 2024**, file a memorandum of law in opposition to the request for a writ of mandamus. The memorandum shall not exceed fifteen pages. Plaintiff shall, by **February 2, 2024**, file any reply memorandum that shall not exceed eight pages. The memoranda and other materials shall otherwise comply with the Court's Individual Practices.

    Requests for extensions or adjournment may be made only by letter-motion filed on ECF, and must be received at least two business days before the deadline or scheduled appearance, absent compelling circumstances. The written submission must state (1) the original date(s) set for the appearance or deadline(s) and the new date(s) requested; (2) the reason(s) for the request; (3) the number of previous requests for adjournment or extension; (4) whether these previous

requests were granted or denied; and (5) whether opposing counsel consents, and, if not, the reasons given by opposing counsel for refusing to consent.

SO ORDERED.

Dated: December 6, 2023
      New York, New York

_____
DALE E. HO
United States District Judge
